**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01649-CR
No. 05-12-01651-CR

**RODNEY DEON SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-53201-K, F11-53164-K**

## ORDER

The Court **REINSTATES** the appeals.

The reporter's record was originally due in this Court on January 26, 2013. This Court has issued three different orders abating the appeal for findings regarding why the record has not been filed. On April 26, 2013, court reporter Yolanda Atkins requested an extension of time to file the reporter's record, but she did not tender the reporter's record with the extension request. Moreover, in the extension request, Ms. Akins requested thirty days to file the record; however, to date, Ms. Atkins has not tendered the record to this Court. In the extension request, Ms. Aktins indicated court reporter Karren Jones recorded a portion of the record. On October 18, 2013, Ms. Jones filed the reporter's record of the November 27, 2012 sentencing hearing.

This Court does not approve of the trial court's failure to comply with its orders. Nevertheless, based on the information the Court does have regarding the record, we **VACATE** the October 8, 2013 order to the extent it requires findings. This is now the order of the court.

We **ORDER** court reporter Yolanda Atkins to file, by **DECEMBER 16, 2013** the reporter's record for these appeals. We further **ORDER** that Yolanda Atkins not sit as a court reporter until the complete record, including all exhibits admitted into evidence, is filed in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Yolanda Atkins, yolandatkins@hotmail.com; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE